ACCEPTED
01-15-00563-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/23/2015 10:49:04 AM
CHRISTOPHER PRINE
CLERK

No. 01-15-00563-CV

_____

**IN THE
COURT OF APPEALS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/23/2015 10:49:04 AM
CHRISTOPHER A. PRINE
Clerk

**FIRST DISTRICT AT HOUSTON, TEXAS**

_____

**MIKOB PROPERTIES, INC.,** *Appellant*

**vs.**

**STAR ELECTRICITY d/b/a STARTEX POWER,** *Appellee*

_____

**On Appeal from the 129th Judicial District Court
Harris County, Texas**

**Trial Court Cause No. 2011-04799**

_____

**UNOPPOSED SECOND MOTION OF APPELLEE TO EXTEND TIME
TO FILE BRIEF**

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

Appellee files this Unopposed Second Motion to Extend Time to File Appellee's Brief, and in support thereof, shows as follows:

1.     The deadline for Appellee to file its brief is December 30, 2015.

2.     Appellee requests a 40-day extension until February 8, 2016 to file its brief. Appellee has conferred with Appellant about this request, and Appellant

agreed to a 30-day extension. However, Appellee respectfully asks for an additional 10 days due to the following.

3. Appellee's lead attorney had to leave town to attend depositions in another case; he does not return until after the holiday. Moreover, Appellee's attorneys have trial set on January 4, 2016 in Cause no. 2012-64701 in the 269th Judicial District Court, Harris County, Texas. They also have trial set on January 25, 2016 in Cause no. 2014-03481 in the 61st Judicial District Court, Harris County, Texas. Thus, due to the holiday travel and with the forthcoming trials, Appellee needs additional time to file its brief.

4. While Appellant is unopposed to a 30-day extension, this would put Appellee's deadline on January 29, 2016. Such date falls on the same week Appellee's attorneys will be in trial in Cause no. 2014-03481. As such, Appellee respectfully asks the Court for a total of 40 additional days to finalize and prepare its appellate brief, thereby extending its deadline to February 8, 2016.

5. This is Appellee's second request for an extension to file its brief.

## II. Memorandum of Authorities

6. Tex. R. App. P. 38.6 and 10.5(b) give the Court the authority to modify and extend the deadline to file a brief.

### III. Relief Requested

Appellee respectfully requests that the Court grant its Motion and extend the deadline to file its brief until February 8, 2016. Appellee respectfully requests such other and further relief to which it may be entitled.

Respectfully Submitted,

**McCathern, PLLC**

By: /s/Veronica Montemayor
    **Rodney L. Drinnon**
    Texas Bar No. 24047841
    rdrinnon@mccathernlaw.com
    **Andrew T. Green**
    Texas Bar No. 24069823
    agreen@mccathernlaw.com
    **Veronica Montemayor**
    Texas Bar No. 24082368
    vmontemayor@mccathernlaw.com
    2000 West Loop South, Suite 2100
    Houston, Texas 77027
    Fax (832) 213-4842
    Tel. (832) 533-8689

    **ATTORNEYS FOR APPELLEE**

## CERTIFICATE OF CONFERENCE

I hereby certify that I have contacted opposing counsel and opposing counsel is unopposed to an extension of Appellee's deadline to file its brief, to the extent such extension is 30 days.

/s/Veronica Montemayor
Veronica Montemayor

## CERTIFICATE OF SERVICE

I hereby certify that on this the 23rd day of December, 2015, a true and correct copy of the foregoing Appellee's Motion to Extend Deadline to File Brief was served, pursuant to Texas Rules of Appellate Procedure 9.2 and 9.5, via e-file/serve.

Mark A. Sanders
11511 Katy Freeway, Suite 600
Houston, Texas 77079
mark@msanderslaw.com

/s/Veronica Montemayor
Veronica Montemayor